

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00140-CR

_____

JUAN LUIS OBESO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Titus County, Texas
Trial Court No. 18,022

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Juan Luis Obeso pled guilty to and was convicted of possession of a controlled substance. Following Obeso's election of jury-assessed punishment, he was sentenced, consistent with the jury's recommendation, to two years' confinement in a state jail facility. Obeso has filed a single brief, in which he raises an issues common to all of his appeals.[1] Obeso argues that the trial court (1) erred in accepting his guilty plea in the absence of a written waiver of a jury trial on guilt/innocence and (2) failed to properly admonish him that he was entitled to a jury trial on guilt/innocence.

We addressed these issues in detail in our opinion of this date on Obeso's appeal in cause number 06-13-00138-CR. For the reasons stated therein, we likewise conclude that harmful error has not been shown in this case.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     March 13, 2014
Date Decided:      April 25, 2014

Do Not Publish

---

[1]In our cause numbers 06-13-00138-CR and 06-13-00139-CR, Obeso also appeals, on the same grounds, his convictions for aggravated robbery and burglary of a habitation.